

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 380TH JUDICIAL DISTRICT COURT OF COLLIN COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 10th day of June, 2025, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| DEKETRIC CHARRONTAY LOVE, Appellant | On Appeal from the 380th Judicial District Court, Collin County, Texas Trial Court Cause No. 380-80544-2024. |
| No. 05-24-00260-CR    V. | Opinion delivered by Justice Garcia. |
| THE STATE OF TEXAS, Appellee | Justices Breedlove and Jackson participating. |

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON J.J. KOCH, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 20th day of August 2025.



/s/ Ruben Morin

Ruben Morin, Clerk